IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

C. JOSEPH MOSBEY,            )
                             )
            Petitioner,      )
                             )
      v.                     )         1:20CV1002
                             )
JOSH STEIN, et al.,          )
                             )
            Respondent(s).   )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 2, 2020, was served on the parties in this action. Petitioner objected to the Recommendation. (Docs. 5, 6, 7.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Petition be dismissed for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244. A judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial

1

issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                              /s/   Thomas D. Schroeder
                            United States District Judge

January 7, 2021

2

Case 1:20-cv-01002-TDS-JLW   Document 8   Filed 01/07/21   Page 2 of 2